FILED
June 30, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

NO: 03-15-00010-CV

THIRD COURT OF APPEALS at AUSTIN, TEXAS

IN THE MATTER OF THE MARRIAGE OF:

COLLEEN DICKINSON [*formerly* HARDESTY], Appellant

AND

BRUCE DANA HARDESTY, Appellee

Appealed from the 353ᴿᴰ DISTRICT COURT, Travis County, Texas

(cause no: D-1-FM-13-006978, Hon. ORLINDA NARANJO presiding)

# APPELLANT'S VERIFIED MOTION TO REINSTATE

TO THE HONORABLE JUSTICES OF THIS COURT:

COMES NOW Appellant Colleen DICKINSON, files her Verified Motion for Reinstatement, and, in support thereof, respectfully shows the following:

1. In the instant appeal, Appellant has a simple and straightforward argument: In a Texas divorce, a <u>disabled</u> spouse has a right to Spousal Maintenance. In the trial of this cause, the Trial Court made up a new rule with no basis in law: In a Texas divorce, a <u>disabled</u> spouse (Appellant suffers from Lupus, Hypertension, and Arrhythmia) has a right to Spousal Maintenance *only if she became disabled during marriage* and has <u>NO</u> such right to Spousal Maintenance *if she had a pre-existing disability before marriage.*

RECEIVED
JUN 3 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

2. In order to show that the above-statement, however absurd, correctly reflects the reasoning of the Trial Court, Appellant needs to obtain the **transcript** of the trial proceedings from the Court Reporter, Ms. Dora CANIZALES.

3. Because Appellant is indigent (as described below) and because she will receive no further compensation for her labor, Ms. Canizales is dragging her feet and not transcribing the Trial proceedings. Despite multiple e-mails and several phone calls from Appellant, Ms. Canizales only once responded to an e-mail (on April 21st, indicating that she will "CONTEST" Appellant's Affidavit of Indigency) and did not return any phone calls to be able to schedule an Indigency Hearing.

4. Appellant used to receive $680.00 from SSI, $180.00 in SNAP (Food Stamps), and used to pay $142.00 in rent (subsidized by the Housing Authority of the City of Austin). Because Appellant has found a part-time job (10 hours/week for $186.00 per 2 weeks) and has truthfully declared her new income, she was penalized by [a] the Social Security Administration (SSI reduced to $593.00), [b] the Housing Authority (rent increased to $331.00), and the State of Texas (SNAP reduced to $19.00, an almost 90% reduction). The 3 governments (federal, state, and city) are basically telling Appellant that she should have either not worked, or worked off the books, or lied to the government about her part-time work.

5. Besides this financial stress, Appellant is taking care of her 87-year-old Mother, who has Dementia, and her 88-year-old Father, who is legally Blind. Because of all this stress (the primary trigger of Lupus), Appellant herself was hospitalized 3 weeks ago for 3 days, and has since been treated on an outpatient basis (last hospital visit on June 25th).

<u>Prayer:</u>

WHEREFORE, Appellant respectfully requests that:

a) The instant appeal be REINSTATED;

b) Court Reporter CANIZALES be ORDERED to promptly prepare the transcript of the Trial; and

c) If Ms. Canizales so desires, she schedule a Hearing to Contest Appellant's Indigency.

Respectfully submitted,

*COLLEEN DICKINSON,*
Appellant *pro se*
2422 Western Trail, # 303,
Austin, Texas 78745
512-663-6666

## VERIFICATION

STATE OF TEXAS        §

COUNTY OF TRAVIS   §

I swear under penalty of perjury that all the foregoing factual assertions are within my personal knowledge and that they are truthful.

Colleen Dickinson

SUBSCRIBED and SWORN before me, the undersigned authority, on this *30* th day of June, 2015.

Notary Public in and for

The State of Texas

NORMA LEDESMA
Notary Public, State of Texas
My Commission Expires
MAY 28. 2016

 

# Appeal

4 messages

---

**colleen dickinson <mohadebe2024@gmail.com>**
To: dora.canizales@traviscountytx.gov

Mon, Apr 20, 2015 at 5:01 PM

Dear Ms. Canizales,

I am appealing Judge Naranjo's Divorce Decree in Hardesty v. Hardesty (cause no: 03-15-006978)!

For this appeal, I need a transcript of the trial before Judge Naranjo, which took place on August 2014.
I also have an Affidavit of Indigency on file. If a new Affidavit is needed, I can file a new one.

I still do not have the means to pay for the transcript! I am living on a fixed disability income of $502/month! I also receive food stamp assistance, which is only $16/month! Yes, $16 is the correct amount!
Please let the Third Court of Appeals know when the transcript could be ready.

Sincerely,
Colleen Dickinson, Respondent-Appellant

---

**Dora Canizales <Dora.Canizales@traviscountytx.gov>**
To: colleen dickinson <mohadebe2024@gmail.com>

Tue, Apr 21, 2015 at 12:58 PM

Ms. Dickinson:

I would inform you that I would contest your affidavit of indigence. I would set for hearing in which you can present proof to a judge of your financial status. I would request for the judge to make a determination if you are in fact indigent and then proceed from there accordingly.

Sincerely,


*Dora M. Canizales*

*Official Court Reporter*

*419th District Court*

*1000 Guadalupe, Room 325*

*Austin, Texas 78701*

512-854-9329

---

**From:** colleen dickinson [mohadebe2024@gmail.com]
**Sent:** Monday, April 20, 2015 5:01 PM
**To:** Dora Canizales
**Subject:** Appeal

[Quoted text hidden]

---

**colleen dickinson** <mohadebe2024@gmail.com>                          Thu, Apr 30, 2015 at 11:31 AM
To: Derkuntlaw@yahoo.com

[Quoted text hidden]

---

**Engin Derkunt** <derkuntlaw@yahoo.com>                          Thu, Apr 30, 2015 at 12:50 PM
To: colleen dickinson <mohadebe2024@gmail.com>

That's good.

Sent from my iPhone
[Quoted text hidden]

 



 colleen dickinson <mohadebe2024@gmail.com>

## Copy of Transcript
1 message

**colleen dickinson** <mohadebe2024@gmail.com>
To: dora.canizales@traviscountytx.gov

Sat, Jun 6, 2015 at 7:25 PM

Dear Ms. Canizales,

I am appealing Judge Naranjo's Divorce Decree in Hardesty v. Hardesty (cause no: D-1-FM-14-xxxxxxx)!

For this appeal, I need a transcript of the trial before Judge Naranjo, which took place on August xx, 2014.

I also have an Affidavit of Indigency on file. If a new Affidavit is needed, I can file a new one.

I still do not have the means to pay for the transcript! I am living on a fixed disability income of $502/month! I also receive food stamp assistance, which is only $16/month! Yes, $16 is the correct amount!

Please let the Third Court of Appeals know when the transcript could be ready.

Sincerely,

Colleen Dickinson, Respondent-Appellant